# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODERICK LYNN COLEMAN, | NO. CV 13-3268-MAN |
| Petitioner, | JUDGMENT |
| v. | |
| G.D. LEWIS, | |
| Respondent. | |

Pursuant to the Court's Order:  Denying Habeas Petition; Dismissing Action With Prejudice; and Denying Certificate of Appealability,

IT IS ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: August 13, 2014.

_Margaret A. Nagle_

MARGARET A. NAGLE
UNITED STATES MAGISTRATE JUDGE